**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

BARBARA V. MELLOR

                                                            PLAINTIFF

V.                      NO. 4:05CV00510 SWW-JFF

MICHAEL J. ASTRUE,,
Commissioner, Social
Security Administration[1]                                          DEFENDANT

## JUDGMENT

On Motion of Plaintiff (DE# 6) and without objection by Defendant, Judgment is hereby entered in favor of Plaintiff, having been awarded benefits followed this court's remand.

SO ORDERED this 2nd day of November, 2007.

                                                              `/s/John F. Forster, Jr.`
                                                               UNITED STATES MAGISTRATE JUDGE

---

[1] Michael J. Astrue was sworn in as the Commissioner of Social Security on February 12, 2007. He is therefore substituted for Jo Anne B. Barnhart pursuant to Fed.R.Civ.P. 25(d)(1).